

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00440-CV

DANIEL E. ARNOLD
v.
GERARDO GONZALEZ

On Appeal from the
398th District Court of Hidalgo County, Texas
Trial Cause No. C-1442-11-I

### **CORRECTED JUDGMENT**

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against the appellant, DANIEL E. ARNOLD, and ARCH INSURANCE COMPANY, as surety on the supersedeas bond.

We further order this decision certified below for observance.

August 28, 2015